DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

JAN 6'10AM 9:35 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Keys, Joshua D and
Keys, Orlonda L

Case No. 07-01386-PCW13

Debtors

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $96.60, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 1 | B&B Automotive<br>6321 N Nevada St<br>Spokane, WA  99208 | $96.60 |

Dated: January 05, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4873734    1-6-10    $1 96.60*